# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-3063

———————————————

CARTER D. HEUTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

July 29, 2026

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392, 399 (Fla. 2025) (stating that the holding in *Erlinger v. United States*, 602 U.S. 821 (2024), "does not apply retroactively").

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Carter D. Heuton, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.